UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA     :     Hon. Stanley R. Chesler
                                   Crim. No. 10-486 (SRC)
           v.                :
                                   CONTINUANCE ORDER
ADEWALE ADENUGA,
FUAD ADENUGA, and
IBRAHIM YUSUFF              :

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Brian L. Urbano, Assistant U.S. Attorney), and defendants Adewale Adenuga, (by David T. Schlendorf, Esq.), Fuad Adenuga, (by Stephen Dratch, Esq.), and Ibrahim Yusuff, (by Kathleen Theuerer, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. Defendant has consented to the aforementioned continuance; and

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 22 day of September, 2010,

IT IS ORDERED that defense motions shall be filed by 11/22/2010, the government's reply shall by filed by 12/6/2010, the argument of the motions is scheduled for 12/20/2010, and the trial is scheduled for 1/4/2011 @ 10:00 and

IT IS FURTHER ORDERED that the period from September 22, 2010, through November 22, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. STANLEY R. CHESLER
United States District Judge

I hereby consent to the form
and entry of this Order

David T. Schlendorf, Esq.
ATTORNEY FOR ADEWALE ADENUGA

Stephen Dratch, Esq.
ATTORNEY FOR FUAD ADENUGA

Kathleen M. Theurer, Esq.
ATTORNEY FOR IBRAHIM YUSUFF

BRIAN URBANO, AUSA